No. 305, Misc. ROBINSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edward Thornton* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States.

No. 313, Misc. ROYAL v. ROYAL. Probate Court of the County of Norfolk, Massachusetts. Certiorari denied. *Alfred A. Albert* for petitioner. *Nathan H. David* for respondent.

No. 317, Misc. MARRON, ADMINISTRATRIX, v. ATLANTIC REFINING Co. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Otto Wolff, Jr.* for respondent.

No. 331, Misc. BAUMET v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for the United States; and *George G. Gallantz* and *Thomas Thacher* for Peters, Executrix, respondents.

No. 344, Misc. HAWK v. NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Francis P. Matthews* for petitioner.

No. 346, Misc. WILSON v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 348, Misc. DALTON ET AL. v. FLORIDA. Supreme Court of Florida. Certiorari denied. *Wm. W. Flournoy* for petitioners.

No. 352, Misc. FREDRICK v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.